COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Lloyd's Register Drilling Integrity Service, Inc. v. ModuResources USA, Inc., ModuResources AP PTE, Ltd., Darryl Colacino, Ricky Eaton, Darren Hurles, and Tracey Simpson

Appellate case number:    01-18-00900-CV

Trial court case number:    2018-44520

Trial court:    190th District Court of Harris County

Appellant, Lloyd's Register Drilling Integrity Service, Inc., has filed a motion for leave to file its appellant's brief under seal. And, appellees, ModuResources USA, Inc., ModuResources AP PTE, Ltd., Darryl Colacino, Ricky Eaton, Darren Hurles, and Tracey Simpson, have filed their response opposing appellant's motion. While the motion was pending, appellant filed its brief and appendix in this Court. *See* TEX. R. APP. P. 9.2(c).

Accordingly, we dismiss appellant's motion as moot.

It is so ORDERED.

Judge's signature: ____/s/ Russell Lloyd_____
        ☑ Acting individually    ☐ Acting for the Court

Date: __December 18, 2018___